**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CENTURY SURETY COMPANY** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 23-4903** |
| | : | |
| **ACCURATE FREIGHT SYSTEMS** | : | |
| **CORP.** | : | |

## O R D E R

      **AND NOW,** this 12th  day of November, 2024, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Judgment on the Pleadings [Doc.25] is **GRANTED**.

2. Judgment on the pleadings is **ENTERED** in favor of Plaintiff Century Surety Company and against Defendant Accurate Freight Systems Corp. on Counts I and III of Plaintiff's Amended Complaint.

3. The Court **DECLARES** that Plaintiff Century Surety Company has no duty to defend or indemnify Defendant Accurate Freight Systems Corp. in the Action pending in the Court of Common Pleas of Northampton County, Pa., docketed as Docket C-48- CV-2023-438 or for the claims asserted against it by Polipa North America, LLC related to a fire that occurred on April 4, 2023 under the Commercial Lines Policy issued by Century to Accurate Freight.

4. The Court further **DECLARES** that Plaintiff Century Surety Company has no duty to defend or indemnify Defendant Accurate Freight Systems Corp. under the Commercial Property coverage part of the Century Policy for the claims at issue and any coverage provided by said coverage part is limited to $10,000.00.

5. Count II of the Amended Complaint is **DISMISSED** with prejudice.

6. The Clerk is **DIRECTED** to mark this case as **TERMINATED**.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**